UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

XIAOJ ZHENG,

                Plaintiff,

       -against-

CREDICO (USA) LLC, CROMEX INC.,
AND MEIXI XU,

                Defendants.

------------------------------------------------------X

17 Civ. 00168 (PAE) (HBP)
[Rel. 15 Civ. 09298]

**AFFIRMATION OF SERVICE**

I, Joseph F. Tremiti, Esq., declare under penalty of perjury that I served a copy of the attached letter motion to withdraw as counsel for Defendants CROMEX INC AND MEIXI XU in the above captioned matter dated February 26, 2018 upon all other parties in this case by the Court's ECF to all counsel of record on February 26, 2018, and upon Defendants CROMEX INC AND MEIXI XU by certified mail, return receipt requested, at Defendants' last known address, 8601 Ranch Road 2222, Building 1, Suite 104, Austin, Texas 78730, on February 26, 2018.

Dated: February 26, 2018

                TREMITI LLC

                /s/ Joseph F. Tremiti, Esq.
                30 Wall Street – 8th FL
                New York, NY 10005
                (212) 859-5059
                info@tremitilaw.com