USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/11/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

XIAOJ ZHENG,

                      Plaintiff,

      -v-

CROMEX, INC. and MEIXI XU,

                    Defendants.

------------------------------------------------------------------ X

17 Civ. 168 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    In view of the parties' consent to conduct all further proceedings before the Honorable Henry B. Pitman, *see* Dkt. 43, the conference scheduled for April 13, 2018 is adjourned.

    SO ORDERED.

                                              Paul A. Engelmayer
                                              United States District Judge

Dated: April 11, 2018
       New York, New York